Matter of Cavitt v Cavitt (2025 NY Slip Op 05439)





Matter of Cavitt v Cavitt


2025 NY Slip Op 05439


Decided on October 3, 2025


Appellate Division, Fourth Department



Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.


This opinion is uncorrected and subject to revision before publication in the Official Reports.



Decided on October 3, 2025

PRESENT: LINDLEY, J.P., MONTOUR, SMITH, DELCONTE, AND HANNAH, JJ. (Filed Oct. 3, 2025.) 


MOTION NO. (262/25) CAF 24-00557.

[*1]IN THE MATTER OF RACHEL CAVITT, PETITIONER-RESPONDENT, 
vJOSEPH CAVITT, RESPONDENT-APPELLANT.



MEMORANDUM AND ORDER
Motion for leave to appeal to the Court of Appeals denied.








